IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 10-0332-CG-M ) |
| HARLESS DEVELOPMENT COMPANY, INC., DOUGLAS J. HARLESS AND PAULA H. HARLESS, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Judgment having been entered against Harless Development Company and Paula H. Harless on September 2, 2011 (Doc. 83), and as the bankruptcy stay pursuant to 11 U.S.C. § 362 remains in effect as to Douglas J. Harless, the clerk of court is directed to place this matter on the court's administrative docket.

The plaintiff shall notify the court within thirty (30) days of the resolution of bankruptcy proceedings, or of a lift of the stay, at which time this action will be reinstated to the court's active docket.

**DONE and ORDERED** this 28th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE